IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN MARTIN FINCH,                    :
                    Plaintiff          :
          v.                           : Case No. 2:24-cv-1221-KRG-KAP
GOVERNOR JOSH SHAPIRO, *et al.*,       :
                    Defendants         :

Memorandum Order

 Plaintiff filed a civil complaint and paid the filing fee. Because plaintiff is not proceeding *in forma pauperis*, he must serve the defendants as provided in Fed.R.Civ.P. 4(m):

  If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

 Plaintiff must effect proper service under Rule 4 on defendants and make proof of service under Rule 4(l)(1) on or before February 28,  2025, or the complaint will be dismissed without prejudice as provided in Rule 4(m) as to any defendant not served. If plaintiff wants the Marshal to make service (at plaintiff's expense) on the defendants he should file a motion requesting an order to that effect.

DATE:  November 26, 2024

        _____
Notice by U.S. Mail to:      Keith A. Pesto,
           United States Magistrate Judge

Shawn Martin Finch
742 Hershel Street
Pittsburgh, PA 15220