IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN MARTIN FINCH, | : |
| Plaintiff | : |
| v. | : Case No. 2:24-cv-1221-KRG-KAP |
| GOVERNOR JOSH SHAPIRO, *et al.*, | : |
| Defendants | : |

Memorandum Order

Plaintiff's Motion to Amend, ECF no. 9, is denied.

Plaintiff, acting *pro se*, filed a civil complaint and paid the filing fee for it in August 2024. I gave plaintiff notice of his duty to show proof of service in November 2024, and in December 2024 plaintiff filed what was titled as a "Certificate of Service" at ECF no. 5 (docketed as an "Affidavit of Service") and a similar "Certificate of Service" at ECF no. 6 (docketed as a "Summons"). I explained that plaintiff's service by certified mail was inadequate and gave him until the end of the month to make service. ECF no. 8. I also advised plaintiff that he could amend his complaint and should because as it stands the complaint states no claim within this court's jurisdiction.

Plaintiff's motion, despite its title, does not propose to amend anything, nor does plaintiff attach a proposed amended complaint. Plaintiff re-attaches the documents already filed at ECF no. 5 and ECF no. 6. I will not extend the time for service again.

Finally, plaintiff's recent pleadings give a different return address from the one he began with, but plaintiff has not filed a change of address. (Whoever docketed the complaint spelled plaintiff's street address wrong, and the Clerk should correct that.) This once I will send notice to both addresses but it is plaintiff's duty to advise the Clerk of his current mailing address.

DATE:  February 7, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Shawn Martin Finch
742 Herschel Street
Pittsburgh, PA 15220

2621 Centre Ave. Rm. 323
Pittsburgh, PA 15219

1